


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HALIZ HASSEN ALI (2),

Defendant.

CASE NO. 15CR717-CAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8 USC 1324(a)(1)(A)(ii),(v)(II), (a)(1)(B)(i) - Transportation of Illegal Aliens for Financial Gain and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: December 8, 2015

Karen S. Crawford
U.S. Magistrate Judge